**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM MORGAN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. |
| | )        4:02 CV 522 TSL-AGN |
| **CITIFINANCIAL, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

CAME ON, to be heard on Defendants' Motion to Dismiss, and the Court, having been advised in the premises, finds said Motion to be well taken and further finds that same should be GRANTED.

IT IS THEREFORE ORDERED, AND ADJUDGED, that all claims asserted by all plaintiffs, including, William Morgan, Mae Morgan, Cherry Pittinger, Johnny Bender, Rosa Prince, Nellie Nathan, Debora Robinson, Equent Robinson, Randy Reed, William Selmon, Felicia Selmon, Mary Sanders, Stacie Thurman, Eddie Gilmore, Martha Anderson, Ruth Paidge, Carolyn Fitch, Catina Pierce, Sama Carraway, Ralph Dubose, Del Dennis, Emmitt Bowman, Charles Beck, Shelia Glover, James Richardson, Catherine Powell, Scott Brown, Gwendolyn Edwards, Michael Graves, Willie Bester, Wayde Coleman, Gwendolyn Bennett, Nelson Keyes, Jr., Josephine Keys, Randy Dean, Carl Palmer, Rosie Lee Musgrove, Betty Lenoir, Henry Johnson, Jean Morgan, Michael Cooper, Eva Ducksworth, Judy McLain, Lisa Pollett, Willis Graves, Henry Rosell, Arthur Williams, Phillip Sterling, Bobby Bush, Ezekial Ducksworth, Sr., Keeba Breland, Nancy Breland, Baby Maye, Matthew Owten, Sheila Owten, Ira McGilberry and Tracy Ulmer against Defendants shall be dismissed with prejudice, the Court specifically retaining jurisdiction to hear and decide Defendants'

Motion to Recover Attorneys' Fees and Cost Incurred from their Motion to Disqualify and Related Discovery.

SO ORDERED, this the  23rd  day of November, 2005.

/s/ Tom S. Lee
U.S. DISTRICT COURT JUDGE TOM S. LEE

Submitted by:

Eric F. Hatten, MBN 10428
BURR & FORMAN LLP
401 East Capitol Street, Suite 100
Jackson, Mississippi 39201
ATTORNEY FOR DEFENDANTS